# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL R. HALL, | |
|     Plaintiff(s), | Case No. 2:14-cv-00366-LDG-NJK |
| vs. | RECUSAL ORDER |
| COSTCO WHOLESALE CORPORATION, | |
|     Defendant(s). | |

This matter was assigned to the undersigned Magistrate Judge on March 11, 2014. With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

DATED: March 11, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge